# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

January 20, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

Re: Jaime Piero Cole
   v. Texas
   No. 14-6343
   (Your No. AP-76,703)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

Scott S. Harris, Clerk

Abel Acosta, Clerk

6 2015

OF CRIMINAL APPEALS
RECEIVED IN